UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 11 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No.
)
ANTONIO WHITESIDE, )
) 4:15CR0075 JAR/NCC
Defendants. )

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about November 24, 2014, in Saint Louis County, within the Eastern District of Missouri,

**ANTONIO WHITESIDE,**

the Defendant herein, maliciously attempted to damage and destroy, by means of fire and explosive materials, the Ferguson Supermarket, Inc. located at 9101 West Florissant Avenue, Ferguson, Missouri 63136 used in interstate commerce, in violation of Title 18, United States Code, Section 844(i).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS REA, #53245MO
Assistant United States Attorney