UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.　　　　　　　　　　　　　　　　No.　4:15 CR 75 JAR-NCC

ANTONIO WHITESIDE,

Defendant.

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Thomas Rea, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. There is a serious risk that the defendant will flee.
2. The defendant is a threat to the community.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　RICHARD G. CALLAHAN
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　*s/Thomas Rea*
　　　　　　　　　　　　　　　　THOMAS REA, #53245MO
　　　　　　　　　　　　　　　　Assistant United States Attorney